FILED
January 27, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D24

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

| | |
|---|---|
| **Case Title:** | Dustin Douglas Hitt and Terr Dannette Hitt |
| **Case No:** | 10-51375 - B - 13J |
| **Date:** | 1-25-11 |
| **Time:** | 9:30 |
| **Matter:** | [18] - Order to Show Cause - Failure to Pay Fees as Transmitted to BNC for Service. Hearing to be held on 1/25/2011 at 09:30 AM at Sacramento Courtroom 32, Department B. (wlos) |
| **Judge:** | Thomas Holman |
| **Courtroom Deputy:** | Sheryl Arnold |
| **Reporter:** | Diamond Reporters |
| **Department:** | B |

**APPEARANCES for:**
**Movant(s):**
**Respondent(s):**
(by phone)   Debtor - Dustin Douglas Hitt
(by phone)   Joint Debtor - Terr Dannette Hitt

## CIVIL MINUTE ORDER

IT IS ORDERED that pursuant to the order to show cause, the Order Approving Payment of Filing Fee In Installments (Dkt. 7) is modified. The entire unpaid balance ($68.50) of the filing fee shall be paid on or before February 10, 2011, failing which the case will be dismissed without further notice or hearing. No monetary sanctions are imposed.

Dated: January 27, 2011

Thomas C. Holman
United States Bankruptcy Judge