FILED
February 14, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D26

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| Case Title : | Dustin Douglas Hitt and Terr Dannette Hitt | Case No : | 10−51375 − B − 13J |
| | | Date : | 2/8/11 |
| | | Time : | 09:32 |
| Matter : | [21] − Objection to Confirmation of Plan [JPJ−1] Filed by Trustee Jan P. Johnson (wlos) <br> [21] − Conditional Motion/Application to Dismiss Case/Proceeding [JPJ−1] Filed by Trustee Jan P. Johnson (wlos) | | |
| Judge : | Thomas Holman | | |
| Courtroom Deputy : | Sheryl Arnold | | |
| Reporter : | Diamond Reporters | | |
| Department : | B | | |

**APPEARANCES for :**
**Movant(s) :**
          Trustee − Jan P. Johnson
**Respondent(s) :**
(by phone)     Joint Debtor − Terr Dannette Hitt

CIVIL MINUTE ORDER

Due to the size of the three related calendars (233 matters), the court made the following ruling without findings. All parties were given an opportunity at the hearing to request a more explanatory ruling.

IT IS ORDERED that the trustee's objections are sustained. Confirmation of the initial plan filed December 14, 2010, is denied.

The trustee's motion to dismiss is conditionally denied, the conditions being that on or before February 22, 2011, the debtors file a new plan, a motion to confirm the new plan and all necessary related motions, including without limitation motions to value collateral and motions to avoid liens, properly serve the new plan and the motion(s), and set the motion(s) for hearing on the next available chapter 13 calendar that provides proper notice for all of the motions to be heard on the same calendar.

Dated: February 14, 2011

*Thomas C. Holman*
Thomas C. Holman
United States Bankruptcy Judge